UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re:                                          §
                                                §
Cheaper Peepers Of New York - Md IV             §       Case No. 813-71194 AST
                                                §
                                                §
            Debtor                              §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ALLAN B. MENDELSOHN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 24,627.20 *(Without deducting any secured claims)* | Assets Exempt: NA |
| Total Distributions to Claimants: 0.00 | Claims Discharged Without Payment: NA |
| Total Expenses of Administration: 41,847.90 | |

3) Total gross receipts of $ 41,847.90 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 41,847.90 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 32,933.04 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 67,207.02 | 67,207.02 | 41,847.90 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 8,400.00 | 8,400.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 669,662.09 | 669,662.09 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 778,202.15 | $ 745,269.11 | $ 41,847.90 |

4) This case was originally filed under chapter 11 on 03/11/2013 , and it was converted to chapter 7 on 05/20/2013 . The case was pending for 54 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  11/08/2017                             By:/s/ALLAN B. MENDELSOHN
                                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| INVENTORY | 1129-000 | 14,430.00 |
| MACHINERY & EQUIPMENT | 1129-000 | 12,417.90 |
| ADVERSARY PROCEEDING - 14-8042 | 1249-000 | 15,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$41,847.90** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | BLUE BRIDGE FINANCIAL, LLC | 4210-000 | NA | 32,933.04 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ 32,933.04** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ALLAN B. MENDELSOHN | 2100-000 | NA | 5,543.10 | 5,543.10 | 5,543.10 |
| ALLAN B. MENDELSOHN | 2200-000 | NA | 42.48 | 42.48 | 42.48 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 71.93 | 71.93 | 71.93 |
| MEIJER, INC. | 2410-000 | NA | 35,000.00 | 35,000.00 | 9,640.88 |
| Empire National Bank | 2600-000 | NA | 1,871.62 | 1,871.62 | 1,871.62 |
| CLERK OF THE COURT | 2700-000 | NA | 293.00 | 293.00 | 293.00 |
| NYS CORPORATION TAX | 2820-000 | NA | 252.00 | 252.00 | 252.00 |
| U.S. DEPT OF JUSTICE | 2950-000 | NA | 1,300.00 | 1,300.00 | 1,300.00 |
| ROSEN, KANTROW & DILLON, PLLC | 3210-000 | NA | 20,000.00 | 20,000.00 | 20,000.00 |
| ROSEN, KANTROW & DILLON, PLLC | 3220-000 | NA | 1,832.89 | 1,832.89 | 1,832.89 |
| GARY R. LAMPERT, CPA | 3410-000 | NA | 1,000.00 | 1,000.00 | 1,000.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 67,207.02 | $ 67,207.02 | $ 41,847.90 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000008 | LAMBORIA | 5300-000 | NA | 8,400.00 | 8,400.00 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 8,400.00 | $ 8,400.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006 | CHERRY OPTICAL | 7100-000 | NA | 15,249.32 | 15,249.32 | 0.00 |
| 000004 | I-DEAL OPTICS HOLDINGS, INC. | 7100-000 | NA | 13,785.62 | 13,785.62 | 0.00 |
| 000009B | MEIJER, INC. | 7100-000 | NA | 441,008.08 | 441,008.08 | 0.00 |
| 000007 | OPTI-STOCK | 7100-000 | NA | 1,605.76 | 1,605.76 | 0.00 |
| 000005 | SIMON PROPERTY GROUP, INC | 7100-000 | NA | 176,238.14 | 176,238.14 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | VIVA INTERNATIONAL | 7100-000 | NA | 14,344.52 | 14,344.52 | 0.00 |
| 000010 | COOPER VISION | 7200-000 | NA | 7,430.65 | 7,430.65 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 669,662.09 | $ 669,662.09 | $ 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| | |
|---|---|
| Case No: 813-71194    AST    Judge: ALAN S. TRUST | Trustee Name: ALLAN B. MENDELSOHN |
| Case Name: Cheaper Peepers Of New York - Md IV | Date Filed (f) or Converted (c): 05/20/13 (c) |
| | 341(a) Meeting Date: 06/20/13 |
| For Period Ending: 11/08/17 | Claims Bar Date: 08/22/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. INVENTORY | 23,000.00 | 0.00 | | 14,430.00 | FA |
| Eyewear | | | | | |
| 2. MACHINERY & EQUIPMENT | 27,500.00 | 0.00 | | 12,417.90 | FA |
| miscellaneous optical equipment | | | | | |
| 3. ADVERSARY PROCEEDING - 14-8042 (u) | 0.00 | 0.00 | | 15,000.00 | FA |
| Trustee v. Larry Zigarelli, Leon Manoff, Joseph Doherty, Richard Schrier, and Steve Kenger. Per 05/15/14 Stipulation, action was settled as against Manoff and Kenger only for $15,000.00 - with court approval per 06/11/14 order. Litigation is proceeding as against other defendants. | | | | | |
| 4. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 5. BANK ACCOUNT - Chase Bank, N.A. | 0.00 | 0.00 | | 0.00 | FA |
| 6. RENT DEPOSIT - Meijer, Inc. | 8,826.67 | 8,826.67 | | 0.00 | FA |
| Meijer, Inc. Security deposit in relation to License Agreement | | | | | |
| 7. ACCOUNTS RECEIVABLE | 10,800.53 | 10,800.53 | | 0.00 | FA |
| Merchandise sales | | | | | |
| 8. GENERAL INTANGIBLES | 0.00 | 0.00 | | 0.00 | FA |
| License with Meijer for use of retail space | | | | | |
| 9. FURNITURE - HOUSEHOLD GOODS | 5,000.00 | 5,000.00 | | 0.00 | FA |
| Miscellaneous Desks, chairs & Office Supplies | | | | | |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $75,127.20    $24,627.20    $41,847.90    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

LFORM1    Ver: 20.00e

**UST Form 101-7-TDR (10/1/2010)** *(Page: 7)*

Case 8-13-71194-ast    Doc 112    Filed 12/27/17    Entered 12/27/17 11:27:05

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 813-71194    AST    Judge: ALAN S. TRUST | Trustee Name: ALLAN B. MENDELSOHN |
| Case Name: | Cheaper Peepers Of New York - Md IV | Date Filed (f) or Converted (c): 05/20/13 (c) |
| | | 341(a) Meeting Date: 06/20/13 |
| | | Claims Bar Date: 08/22/13 |

Liquidated physical assets of Debtor located in Michigan and investigated for meritorious grounds to pursue prosecution of preference/fraudulent conveyance actions. Attempting to resolve claims and finalize tax returns.

Initial Projected Date of Final Report (TFR): 12/31/15        Current Projected Date of Final Report (TFR): 03/31/17

LFORM1
UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

Ver: 20.00e

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1  
Exhibit 9

| | |
|---|---|
| Case No: | 813-71194 -AST |
| Case Name: | Cheaper Peepers Of New York - Md IV |
| Taxpayer ID No: | 30-0636822 |
| For Period Ending: | 11/08/17 |

| | |
|---|---|
| Trustee Name: | ALLAN B. MENDELSOHN |
| Bank Name: | Empire National Bank |
| Account Number / CD #: | *******4620  Checking Account |
| Blanket Bond (per case limit): | $ 44,643,604.00 |
| Separate Bond (if applicable): | |

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/17/13 | 1, 2 | Repocast.Com.Inc.<br>601 Gordon Industrial Court<br>Byron Center, MI  49315 | PROCEEDS FROM SALE<br>Net proceeds auction sale of Inventory, machinery and equipment for $32,931.00 - after retention of $6,083.10 in proposed fees and expenses for approval of which application will be made to court. (Fees & Expenses were awarded per order dated April 17, 2014 (Doc.96)) | 1129-000 | 26,847.90 | | 26,847.90 |
| 01/08/14 | 000101 | International Sureties, Ltd.<br>701 Poydras Street, Suite 420<br>New Orleans, LA  70139 | TRUSTEE BOND<br>BOND # 016027942  (01/01/14 - 01/01/15) | 2300-000 | | 18.62 | 26,829.28 |
| 05/16/14 | 3 | Leon Manoff<br>c/o Kenneth J. Weinstein, P.C.<br>100 Garden City Plaza, Suite 408<br>Garden City, NY  11530 | LITIGATION SETTLEMENT PROCEEDS<br>Settlement payment per 05/15/14 Stipulation whereby adversary proceeding was settled as against Manoff and Kenger defendants for $15,000.00 - subject to court approval | 1249-000 | 7,482.00 | | 34,311.28 |
| 05/16/14 | 3 | Steve Kenger<br>c/o Kenneth J. Weinstein, P.C.<br>100 Garden City Plaza, Suite 408<br>Garden City, NY  11530 | LITIGATION SETTLEMENT PROCEEDS<br>Settlement payment per 05/15/14 Stipulation whereby adversary proceeding was settled as against Manoff and Kenger defendants for $15,000.00 - subject to court approval | 1249-000 | 7,500.00 | | 41,811.28 |
| 05/21/14 | 3 | Steve J. Kenger<br>310 E. 53rd St., Apt. 4/B<br>New York, NY  10022 | LITIGATION SETTLEMENT PROCEEDS<br>Settlement payment per 05/15/14 Stipulation whereby adversary proceeding was settled as against Manoff and Kenger defendants for $15,000.00 - subject to court approval | 1249-000 | 18.00 | | 41,829.28 |
| 08/01/14 | | Empire National Bank | BANK SERVICE FEE | 2600-000 | | 34.86 | 41,794.42 |
| 09/02/14 | | Empire National Bank | BANK SERVICE FEE | 2600-000 | | 34.83 | 41,759.59 |
| 10/01/14 | | Empire National Bank | BANK SERVICE FEE | 2600-000 | | 34.80 | 41,724.79 |
| 11/03/14 | | Empire National Bank | BANK SERVICE FEE | 2600-000 | | 34.77 | 41,690.02 |
| | | | Page Subtotals | | 41,847.90 | 157.88 | |

Ver: 20.00e

LFORM24  **UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit 9

| Case No: | 813-71194 -AST | Trustee Name: | ALLAN B. MENDELSOHN |
|---|---|---|---|
| Case Name: | Cheaper Peepers Of New York - Md IV | Bank Name: | Empire National Bank |
| | | Account Number / CD #: | *******4620  Checking Account |
| Taxpayer ID No: | 30-0636822 | | |
| For Period Ending: | 11/08/17 | Blanket Bond (per case limit): | $ 44,643,604.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/01/14 | | Empire National Bank | BANK SERVICE FEE | 2600-000 | | 34.74 | 41,655.28 |
| 12/31/14 | 000102 | INTERNATIONAL SURETIES, LTD. | TRUSTEE BOND | 2300-000 | | 26.07 | 41,629.21 |
| | | ONE SHELL SQUARE | Eastern District of New York | | | | |
| | | 701 POYDRAS STREET - SUITE 420 | Chapter 7 Blanket Bond # 016027942 | | | | |
| | | NEW ORLEANS, LA  70139 | | | | | |
| 01/02/15 | | Empire National Bank | BANK SERVICE FEE | 2600-000 | | 34.71 | 41,594.50 |
| 02/02/15 | | Empire National Bank | BANK SERVICE FEE | 2600-000 | | 60.67 | 41,533.83 |
| 03/02/15 | | Empire National Bank | BANK SERVICE FEE | 2600-000 | | 60.57 | 41,473.26 |
| 03/04/15 | | INTERNATIONAL SURETIES, LTD. | REFUND OF DEPOSIT | 2300-000 | | -4.31 | 41,477.57 |
| | | ONE SHELL SQUARE | Partial refund by Insurer of  2015 Trustee Bond | | | | |
| | | 701 POYDRAS STREET - SUITE 420 | Payment | | | | |
| | | NEW ORLEANS, LA  70139 | | | | | |
| 04/01/15 | | Empire National Bank | BANK SERVICE FEE | 2600-000 | | 60.49 | 41,417.08 |
| 05/01/15 | | Empire National Bank | BANK SERVICE FEE | 2600-000 | | 60.40 | 41,356.68 |
| 06/01/15 | | Empire National Bank | BANK SERVICE FEE | 2600-000 | | 60.31 | 41,296.37 |
| 07/01/15 | | Empire National Bank | BANK SERVICE FEE | 2600-000 | | 60.22 | 41,236.15 |
| 08/03/15 | | Empire National Bank | BANK SERVICE FEE | 2600-000 | | 60.14 | 41,176.01 |
| 09/01/15 | | Empire National Bank | BANK SERVICE FEE | 2600-000 | | 60.05 | 41,115.96 |
| 10/01/15 | | Empire National Bank | BANK SERVICE FEE | 2600-000 | | 59.96 | 41,056.00 |
| 11/02/15 | | Empire National Bank | BANK SERVICE FEE | 2600-000 | | 59.87 | 40,996.13 |
| 12/01/15 | | Empire National Bank | BANK SERVICE FEE | 2600-000 | | 59.79 | 40,936.34 |
| 12/28/15 | 000103 | INTERNATIONAL SURETIES, LTD. | TRUSTEE BOND | 2300-000 | | 17.92 | 40,918.42 |
| | | ONE SHELL SQUARE | 2016 Chapter 7 Trustee Bond # 016027942 | | | | |
| | | 701 POYDRAS STREET - SUITE 420 | | | | | |
| | | NEW ORLEANS, LA  70139 | | | | | |
| 01/04/16 | | Empire National Bank | BANK SERVICE FEE | 2600-000 | | 59.70 | 40,858.72 |
| 02/01/16 | | Empire National Bank | BANK SERVICE FEE | 2600-000 | | 59.60 | 40,799.12 |
| 03/01/16 | | Empire National Bank | BANK SERVICE FEE | 2600-000 | | 59.50 | 40,739.62 |
| 04/01/16 | | Empire National Bank | BANK SERVICE FEE | 2600-000 | | 59.41 | 40,680.21 |

| | | | | Page Subtotals | 0.00 | 1,009.81 | |

Ver: 20.00e

LFORM24  **UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit 9

| Case No: | 813-71194 -AST | Trustee Name: | ALLAN B. MENDELSOHN |
|---|---|---|---|
| Case Name: | Cheaper Peepers Of New York - Md IV | Bank Name: | Empire National Bank |
| | | Account Number / CD #: | *******4620  Checking Account |
| Taxpayer ID No: | 30-0636822 | | |
| For Period Ending: | 11/08/17 | Blanket Bond (per case limit): | $ 44,643,604.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/02/16 | | Empire National Bank | BANK SERVICE FEE | 2600-000 | | 59.33 | 40,620.88 |
| 06/01/16 | | Empire National Bank | BANK SERVICE FEE | 2600-000 | | 59.24 | 40,561.64 |
| 07/01/16 | | Empire National Bank | BANK SERVICE FEE | 2600-000 | | 59.15 | 40,502.49 |
| 08/01/16 | | Empire National Bank | BANK SERVICE FEE | 2600-000 | | 59.07 | 40,443.42 |
| 09/01/16 | | Empire National Bank | BANK SERVICE FEE | 2600-000 | | 58.98 | 40,384.44 |
| 10/03/16 | | Empire National Bank | BANK SERVICE FEE | 2600-000 | | 58.89 | 40,325.55 |
| 11/01/16 | | Empire National Bank | BANK SERVICE FEE | 2600-000 | | 58.81 | 40,266.74 |
| 12/01/16 | | Empire National Bank | BANK SERVICE FEE | 2600-000 | | 58.72 | 40,208.02 |
| 12/29/16 | 000104 | INTERNATIONAL SURETIES, LTD. ONE SHELL SQUARE 701 POYDRAS STREET - SUITE 420 NEW ORLEANS, LA  70139 | | 2300-000 | | 13.63 | 40,194.39 |
| 01/03/17 | | Empire National Bank | BANK SERVICE FEE | 2600-000 | | 59.76 | 40,134.63 |
| 02/01/17 | | Empire National Bank | BANK SERVICE FEE | 2600-000 | | 59.66 | 40,074.97 |
| 03/01/17 | | Empire National Bank | BANK SERVICE FEE | 2600-000 | | 53.80 | 40,021.17 |
| 04/03/17 | | Empire National Bank | BANK SERVICE FEE | 2600-000 | | 59.48 | 39,961.69 |
| 04/12/17 | 000105 | NEW YORK STATE CORPORATION TAX PROCESSING UNIT P.O. BOX 22092 ALBANY, NY  12201-2092 | TAX PAYMENT 2013 Form CT-4 EIN: 30-0636822 | 2820-000 | | 62.00 | 39,899.69 |
| 04/12/17 | 000106 | NEW YORK STATE CORPORATION TAX PROCESSING UNIT P.O. BOX 22092 ALBANY, NY  12201-2092 | TAX PAYMENT 2013 Form CT-3M/4M EIN: 30-0636822 | 2820-000 | | 13.00 | 39,886.69 |
| 04/12/17 | 000107 | NEW YORK STATE CORPORATION TAX PROCESSING UNIT P.O. BOX 22092 ALBANY, NY  12201-2092 | TAX PAYMENT 2014 Form CT-4 EIN: 30-0636822 | 2820-000 | | 58.00 | 39,828.69 |
| 04/12/17 | 000108 | NEW YORK STATE CORPORATION TAX | TAX PAYMENT | 2820-000 | | 12.00 | 39,816.69 |

Page Subtotals      0.00      863.52

Ver: 20.00e

LFORM24    **UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

Exhibit 9

| Case No: | 813-71194 -AST | | Trustee Name: | ALLAN B. MENDELSOHN |
|---|---|---|---|---|
| Case Name: | Cheaper Peepers Of New York - Md IV | | Bank Name: | Empire National Bank |
| | | | Account Number / CD #: | *******4620  Checking Account |
| Taxpayer ID No: | 30-0636822 | | | |
| For Period Ending: | 11/08/17 | | Blanket Bond (per case limit): | $ 44,643,604.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | PROCESSING UNIT<br>P.O. BOX 22092<br>ALBANY, NY  12201-2092 | 2014 Form CT-3M/4M<br>EIN: 30-0636822 | | | | |
| 04/12/17 | 000109 | NEW YORK STATE CORPORATION TAX<br>PROCESSING UNIT<br>P.O. BOX 22092<br>ALBANY, NY  12201-2092 | TAX PAYMENT<br>2015 Form CT-3<br>EIN: 30-0636822 | 2820-000 | | 55.00 | 39,761.69 |
| 04/12/17 | 000110 | NEW YORK STATE CORPORATION TAX<br>PROCESSING UNIT<br>P.O. BOX 22092<br>ALBANY, NY  12201-2092 | TAX PAYMENT<br>2015 Form CT-3M<br>EIN: 30-0636822 | 2820-000 | | 16.00 | 39,745.69 |
| 04/12/17 | 000111 | NEW YORK STATE CORPORATION TAX<br>PROCESSING UNIT<br>P.O. BOX 22092<br>ALBANY, NY  12201-2092 | TAX PAYMENT<br>2016 Form CT-3<br>EIN: 30-0636822 | 2820-000 | | 28.00 | 39,717.69 |
| 04/12/17 | 000112 | NEW YORK STATE CORPORATION TAX<br>PROCESSING UNIT<br>P.O. BOX 22092<br>ALBANY, NY  12201-2092 | TAX PAYMENT<br>2016 Form CT-3M<br>EIN: 30-0636822 | 2820-000 | | 8.00 | 39,709.69 |
| 04/21/17 | 000113 | GARY R. LAMPERT, CPA<br>100 MERRICK ROAD, SUITE 211-W<br>ROCKVILLE CENTRE, NY  11570 | ACCOUNTANT FEES<br>pursuant to April 20, 2017 order for preparation of<br>estate tax returns for 2013, 2014, 2015 and 2016 | 3410-000 | | 1,000.00 | 38,709.69 |
| 05/01/17 | | Empire National Bank | BANK SERVICE FEE | 2600-000 | | 57.34 | 38,652.35 |
| 09/21/17 | 000114 | CLERK OF THE COURT<br>U.S. BANKRUPTCY COURT<br>ALFONSE M. D'AMATO U.S. COURTHOUSE<br>290 FEDERAL PLAZA<br>P.O. BOX 9013<br>CENTRAL ISLIP, NY 11722-9013 | SPECIAL CHARGES<br>Adversary Proceeding Fees: $293.00 (14-8042) | 2700-000 | | 293.00 | 38,359.35 |
| 09/21/17 | 000115 | ROSEN, KANTROW & DILLON, PLLC | ATTORNEY FEES | 3210-000 | | 20,000.00 | 18,359.35 |

Page Subtotals        0.00        21,457.34

Ver: 20.00e

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 5

Exhibit 9

| | |
|---|---|
| Case No: | 813-71194 -AST |
| Case Name: | Cheaper Peepers Of New York - Md IV |
| Taxpayer ID No: | 30-0636822 |
| For Period Ending: | 11/08/17 |

| | |
|---|---|
| Trustee Name: | ALLAN B. MENDELSOHN |
| Bank Name: | Empire National Bank |
| Account Number / CD #: | *******4620  Checking Account |
| Blanket Bond (per case limit): | $ 44,643,604.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/21/17 | 000116 | 38 NEW STREET<br>HUNTINGTON, NY  11743<br>ROSEN, KANTROW & DILLON, PLLC<br>38 NEW STREET<br>HUNTINGTON, NY  11743 | pursuant to September 20, 2017 order<br>ATTORNEY EXPENSES<br>pursuant to September 20, 2017 order | 3220-000 | | 1,832.89 | 16,526.46 |
| 09/21/17 | 000117 | ALLAN B. MENDELSOHN<br>38 NEW STREET<br>HUNTINGTON, NY  11743 | Chapter 7 Compensation/Fees | 2100-000 | | 5,543.10 | 10,983.36 |
| 09/21/17 | 000118 | ALLAN B. MENDELSOHN<br>38 NEW STREET<br>HUNTINGTON, NY  11743 | Chapter 7 Expenses | 2200-000 | | 42.48 | 10,940.88 |
| 09/21/17 | 000119 | U.S. Dept of Justice<br>Office of the United States Trustee<br>Long Island Federal Court House<br>560 Federal Plaza<br>Central Islip, N.Y. 11722 | Claim 000002, Payment 100.00%<br>Outstanding Quarterly Fees<br>1st thru 2nd of 2013 | 2950-000 | | 1,300.00 | 9,640.88 |
| 09/21/17 | 000120 | Meijer, Inc.<br>Attn: Glen VanderKool<br>2929 Walker Ave., N.W.<br>Grand Rapids, MI  49544 | Claim 000009A, Payment 27.55%<br>Michigan Leases per March 4, 2014 Stipulation and Order | 2410-000 | | 9,640.88 | 0.00 |

Page Subtotals     0.00     18,359.35

Ver: 20.00e

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 13)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 6

Exhibit 9

| Case No: | 813-71194 -AST | Trustee Name: | ALLAN B. MENDELSOHN |
|---|---|---|---|
| Case Name: | Cheaper Peepers Of New York - Md IV | Bank Name: | Empire National Bank |
| | | Account Number / CD #: | *******4620 Checking Account |
| Taxpayer ID No: | 30-0636822 | | |
| For Period Ending: | 11/08/17 | Blanket Bond (per case limit): | $ 44,643,604.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 41,847.90 | 41,847.90 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 41,847.90 | 41,847.90 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 41,847.90 | 41,847.90 | |
| | | | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | | | Checking Account - ********4620 | | 41,847.90 | 41,847.90 | 0.00 |
| | | | | | ---------------------- | ---------------------- | ---------------------- |
| | | | | | 41,847.90 | 41,847.90 | 0.00 |
| | | | | | ============ | ============ | ============ |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     0.00

Ver: 20.00e

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 14)*